Fay Elston, appellant, v. Chet Bryan, appellee. Gen. No. 8,987.

 Opinion filed January 17, 1936.

Robert W. Besse, for appellant. J. J. Ludens, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Frank Branson, administrator of the estate of John E. Branson, deceased, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 8,989.

 Opinion filed January 17, 1936. Rehearing denied April 6, 1936.

Dixon, Devine, Bracken & Dixon, for appellant; Robert L. Bracken, of counsel. Warner & Warner, for appellee; Henry C. Warner and Morey C. Pires, of counsel.

Mr. Justice Wolfe delivered the opinion of the court.

Henry T. Bowers, appellant, v. The Citizens Insurance Company of New Jersey, appellee. Gen. No. 8,992.

 Opinion filed January 17, 1936.

Winston, Strawn & Shaw and Decker & Decker, for appellant; George B. Christensen and Bernard M. Decker, of counsel. Myers & Snerly and Edwards & Block, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

National Bond and Investment Company, appellant, v. Hobart Scott, appellee. William L. O'Connell, appellee. Gen. No. 9,006.

 Opinion filed January 17, 1936. Rehearing denied April 6, 1936.

John W. Creekmur, Nolan H. Tepper, Milton Silberg and Leonard M. Cohen, for appellant. Joseph A. Jadrich, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.